FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

**NO. 19-0341**

| | | |
|---|---|---|
| **TODD DYER, PHRK INTERVENTION, LLC, PHRK INTERVENTION, INC., AND SOUTHSIDE DEVICE, LLC v. MEDOC HEALTH SERVICES, LLC AND TOTAL RX CARE, LLC** | §<br>§<br>§<br>§<br>§<br>§ | **Dallas County,**<br><br>**5th District.** |

**June 28, 2019**

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.



I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioners, TODD DYER, PHRK INTERVENTION, LLC, PHRK INTERVENTION, INC., AND SOUTHSIDE DEVICE, LLC, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 6th day of August, 2019.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk